UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10078-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUERGEN HEINZ WILLIAMS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation regarding Criminal Justice Act Voucher FLS 11 3215 issued by United States Senior Magistrate Judge Peter R. Palermo, on February 6, 2013 **(D.E.#469),** recommends to this Court, that CJA Voucher #FLS 11-3215 be Granted and that Mr. Samuel J. Rabin Jr., Esquire be paid a total sum of **$14,500.** as fair and final compensation for his work in this case. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Senior Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of February, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Senior Magistrate Judge Palermo
Samuel J. Rabin, Jr., Esq
Lucy Lara, CJA Administrator